**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

LUIS SANTIAGO SALINAS,
   Plaintiff,

v.

KEEFE COMMISSARY NETWORK, LLC,
   Defendant.

Case No.: 4:26-cv-00934
Hon. Maria A. Lanahan

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

NOTE: This action was transferred from the United States District Court for the Northern District of California, Case No. 5:26-cv-01504-EKL, by Order of Hon. Eumi K. Lee dated June 11, 2026 (ECF No. 40).

Plaintiff Luis Santiago Salinas, proceeding pro se, hereby gives notice of voluntary dismissal of this action WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As of the date of this filing, Defendant has not served an answer or a motion for summary judgment in this Court. Accordingly, Plaintiff is entitled to dismiss this action as of right, without a court order.

This dismissal is without prejudice to refiling any or all claims in any court of competent jurisdiction. Plaintiff reserves all rights, claims, and remedies.

Respectfully submitted,

/s/ Luis Santiago Salinas
Luis Santiago Salinas
Plaintiff, Pro Se
CertifiedLou7@gmail.com

Dated: June 14, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, I served a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice upon Defendant's counsel of record by electronic mail as follows:

Eric C. Bellafronto, Esq.
eric.bellafronto@jacksonlewis.com

Catherine Oh, Esq.
catherine.oh@jacksonlewis.com

Jackson Lewis P.C.
Attorneys for Defendant Keefe Commissary Network, LLC

/s/ Luis Santiago Salinas
Luis Santiago Salinas